BRYAN CAVE LLP
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2105
Facsimile: (310) 260-4105

Attorneys for U.S. Bank National Association, as Trustee,
for the Benefit of Harborview 2005-16 Trust Fund;
ReconTrust Company, N.A.;
Mortgage Electronic Registration Systems, Inc.

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

AUG 10 2009

FILED
DOCKETED
DATE        INITIAL

2009 SEP 22 AM 11:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Alan Jay Baron,<br><br>        Debtor.<br><br>Alan Jay Baron,<br><br>        Plaintiff,<br><br>vs.<br><br>U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,<br><br>        Defendants. | Case No. 1:08-16222-KT<br><br>Chapter 13<br><br>**CV09-6883 AHM**<br><br>Adv. No. 1:08-01590-KT<br><br>NOTICE OF APPEAL OF DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON<br><br>Hon. Kathleen Thompson |

**NOTICE IS HEREBY GIVEN,** that U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc. (collectively, referred to as "U.S. Bank") hereby appeal under 28 U.S.C. § 158 from the Default Judgment Quieting Title To 29711 Harvester Road, Malibu,

California In Alan Jay Baron entered by the Bankruptcy Court in the above-captioned bankruptcy case on July 2, 2009 (the "Default Judgment") [Docket No. 19] [incorrectly designated on the docket at "Order Granting Motion For Default Judgment"], which incorporates the Bankruptcy Court's findings of fact and conclusions of law with respect thereto. A true and correct copy of the Default Judgment is attached hereto as Exhibit "1" and, by this reference, fully incorporated herein.

**NOTICE IS HEREBY FURTHER GIVEN,** that the names of all parties to this appeal from the Default Judgment, and the names, addresses and telephone numbers of the parties and/or their respective attorneys are as follows:

Appellants:

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | Katherine M. Windler<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Telephone: (310) 576-2105<br>Facsimile: (310) 260-4105 |
| RECONTRUST COMPANY, N.A. | Katherine M. Windler<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Telephone: (310) 576-2105<br>Facsimile: (310) 260-4105 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | Katherine M. Windler<br>BRYAN CAVE LLP<br>120 Broadway, Suite 300<br>Santa Monica, California 90401-2386<br>Telephone: (310) 576-2105<br>Facsimile: (310) 260-4105 |

Appellee:

| | |
|---|---|
| ALAN JAY BROWN | Lewis R. Landau<br>23564 Calabasas Road, Suite 104<br>Calabasas, California 91302<br>Voice and Fax: (888) 822-4340 |

| | | |
|---|---|---|
| 1 | Parties in Interest: | Margaux Ross |
| 2 | | THE UNITED STATES TRUSTEE |
| | | 21051 Warner Center Lane, Suite 115 |
| 3 | | Woodland Hills, CA 91367 |
| | | Telephone: (818) 716-8800 |
| 4 | | Facsimile: (818) 716-1576 |
| 5 | | |
| 6 | Parties in Interest: | COUNTRYWIDE HOME LOANS, INC. |
| | | Attn: Sanford Shatz, Esq. |
| 7 | | 4500 Park Granada |
| | | Mail Stop: CA7-910-01-03 |
| 8 | | Calabasas, CA 91302 |
| | | Telephone: (818) 225-3206 |
| 9 | | Facsimile: (818) 225-4024 |
| 10 | | |
| 11 | Parties in Interest: | Elizabeth (SV) Rojas, CH 13 TRUSTEE |
| | | Noble Professional Center |
| 12 | | 15060 Ventura Blvd., Suite 240 |
| | | Sherman Oaks, CA 91403 |
| 13 | | Telephone: (818) 933-5700 |
| | | Facsimile: Unknown |
| 14 | | |
| 15 | Dated: July 13, 2009 | BRYAN CAVE LLP |
| 16 | | Katherine M. Windler |

*Katherine M. Windler*

By: Katherine M. Windler
Attorneys for U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.

**BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2105
Facsimile: (310) 260-4105

Attorneys for U.S. Bank National Association, as Trustee,
for the Benefit of Harborview 2005-16 Trust Fund;
ReconTrust Company, N.A.; Mortgage
Electronic Registration Systems, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Alan Jay Baron,<br><br>Debtor. | Case No. 1:08-16222-KT<br><br>Chapter 13<br><br>Assigned to the Hon. Kathleen Thompson |
| Alan Jay Baron,<br><br>Plaintiff-Appellee,<br><br>vs.<br><br>U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,<br><br>Defendants-Appellants. | Adv. No. 1:08-01590-KT<br><br>**NOTICE OF DISMISSAL OF APPEAL BY APPELLANTS:**<br><br>**(1) RECONTRUST COMPANY, N.A.; AND**<br><br>**(2) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

TO THE HONORABLE KATHLEEN THOMPSON, UNITED STATES BANKRUPTCY JUDGE, AND APPELLEE'S COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure 8001(c), Defendants-Appellants ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc. hereby give

notice of the dismissal of their appeals to the United States District Court in the above referenced adversary proceeding. The Notice of Appeal and related papers, filed on July 13, 2009, inadvertently named Defendants ReconTrust Company, N.A. and Mortgage Electronic Registration Systems, Inc., against which no relief was awarded in this Court's judgment, as appellants.

U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund ("U.S. Bank") remains as an appellant in this adversary proceeding.

Dated: July 22, 2009

BRYAN CAVE LLP
Katherine M. Windler

*Katherine M. Windler*
By: Katherine M. Windler
Attorneys for U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On July 22, 2009, I served the foregoing document(s), described as **NOTICE OF DISMISSAL OF APPEAL BY APPELLANTS: (1) RECONTRUST COMPANY, N.A.; and (2) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**, on the interested party(s) in this action, as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2009, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Pamela Davis*
Pamela Davis

# SERVICE LIST

*In re FAYE ESTATES, LLC*
United States Bankruptcy Court – Central District
San Fernando Valley; Case No. 08-14679-GM

## SERVICE VIA NOTICE OF ELECTRONIC FILING (NEF)

| | |
|---|---|
| Teresa A. Blasberg | tablasberg@earthlink.net |
| S Margaux Ross | margaux.ross@usdoj.gov |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Michael B. Reynolds | mreynolds@swlaw.com, kcollins@swlaw.com |
| Katherine M Windler | katherine.windler@bryancave.com |

## SERVICE VIA U.S. MAIL

**Debtor**
Faye Estates, LLC
6104 Paseo La Vista
Woodland Hills, CA 91367

**Attorneys for Debtor**
John L. Sun
Law Offices of John L. Sun
3550 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90010

Faye Huang
6104 Paseo La Vista
Woodland Hills, CA 91367

David Huang
6104 Paseo La Vista
Woodland Hills, CA 91367

**United States Trustee**
Central District of California
Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**[Proposed] Attorneys for Faye Estates, LLC, Debtor and Debtor-in-Possession**
Michael B. Reynolds
Snell & Wilmer L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, CA 92626

Pasternak Pasternak Patton
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523

Michael Blum
Steven Blum
Blum Collins LLP
707 Wilshire Blvd., Suite 4880
Los Angeles, CA 90017

Latham & Watkins, LLP
Attn: Peter Gilhuly, Esq.
55 South Grand Avenue
Los Angeles, CA 90071-1560

Lewis R. Landau
23564 Calabasas Road #104
Calabasas, CA 91302

| | | |
|---|---|---|
| 1 | Grobstein Horwath & Company<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Michael G. Steiniger<br>16530 Ventura Blvd., Suite 208<br>Encino, CA 91436 |
| 2 | | |
| 3 | SEC Civil Engineers Inc.<br>16823 Saticoy Street<br>Van Nuys, CA 91406 | Linscott Law & Greenspan Engineers<br>236 N. Chester Ave., Suite 200<br>Pasadena, CA 91106-5166 |
| 4 | | |
| 5 | L.A. County Treasurer and Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054 | L.A. County Treasurer and Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110<br>Attn: Tax Services Specialist – Linda Ramos |
| 6 | | |
| 7 | | |
| 8 | Los Angeles County<br>Department of Regional Planning<br>320 West Temple Street<br>Los Angeles, CA 90012-3298 | Hall of Administration<br><u>Attn: Assessor's Office</u><br>500 West Temple Street<br>Los Angeles, CA 90012 |
| 9 | | |
| 10 | | |
| 11 | International Research Co., Inc.<br>c/o Nicholas Rockefeller<br>P.O. Box 940<br>Agouras Hills, CA 91406 | Strategic Land Advisors Inc.<br>c/o Robert P. Goe<br>Goe & Forsythe LLP<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660 |
| 12 | | |
| 13 | | |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386