APPEAL

# U.S. Bankruptcy Court
## Central District Of California (San Fernando Valley)
### Adversary Proceeding #: 1:08-ap-01590-KT

**CV09-6883 AHM**

FILED 2009 SEP 22 AM 11:31 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

*Assigned to:* Kathleen Thompson
*Lead BK Case:* 08-16222
*Lead BK Title:* Alan Jay Baron
*Lead BK Chapter:* 13
*Demand:*
*Date Filed:* 11/12/08

*Nature[s] of Suit:* 91 Declaratory judgment
21 Validity, priority or extent of lien or other interest in property

**Plaintiff**
---

**Alan Jay Baron**
29711 Harvester Road
Malibu, Ca 90265
SSN / ITIN: xxx-xx-3438

represented by **Lewis R Landau**
Lewis R Landau Attorney at Law
23564 Calabasas Rd Ste 104
Calabasas, CA 91302
888-822-4340
Fax : 888-822-4340
Email: lew@landaunet.com

V.

**Defendant**
---

**U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund**

represented by **Katherine M Windler**
Bryan Cave LLP
120 Broadway Ste 300
Santa Monica, CA 90401-2386
310-576-2100
Fax : 310-573-2200
Email: katherine.windler@bryancave.com

**Tami S Crosby**
1665 Scenic Ave Ste 200
Costa Mesa, CA 92626
714-481-8355
Fax : 714-481-9152
Email: tcrosby@mileslegal.com

**Recontrust Company NA**

represented by **Katherine M Windler**
(See above for address)

**Tami S Crosby**
(See above for address)

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**　　represented by **Katherine M Windler**
(See above for address)

**Tami S Crosby**
(See above for address)

**U.S. Trustee**
------------------------

**United States Trustee (SV)**
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

| Filing Date | # | Docket Text |
|---|---|---|
| 07/02/2009 | 19 | Order Granting Motion For Default Judgment (Related Doc # 8) Signed on 7/2/2009. (Gonzalez, Emma) (Entered: 07/02/2009) |
| 07/13/2009 | 20 | Notice of Appeal Southern District of California Court. *Notice of Appeal of Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron*. Fee Amount $255 Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 19 Order on Motion for Default Judgment). Appellant Designation due by 07/23/2009. (Attachments: # 1 Exhibit 1)(Windler, Katherine) (Entered: 07/13/2009) |
| 07/13/2009 |  | Receipt of Notice of Appeal(1:08-ap-01590-KT) [appeal,ntcapl] (255.00) Filing Fee. Receipt number 9899290. Fee amount 255.00. (U.S. Treasury) (Entered: 07/13/2009) |
| 07/13/2009 | 21 | Objection to Referral to Bankruptcy Appellant Panel Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 20 Notice of Appeal). (Windler, Katherine) (Entered: 07/13/2009) |
|  |  | Proof of service *of Notice of Appeal of Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron; and Notice of Objection to Transfer of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit Regarding Appeal of: Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron* Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund |

| Date | Doc # | Description |
|---|---|---|
| 07/13/2009 | 22 | (RE: related document(s) 20 Notice of Appeal, 21 Objection to Referral to BAP). (Windler, Katherine) (Entered: 07/13/2009) |
| 07/13/2009 | 23 | Amended notice of appeal Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 20 Notice of Appeal). (Attachments: # 1 Exhibit 1) (Windler, Katherine) (Entered: 07/13/2009) |
| 07/13/2009 | 24 | Notice *of Amended Notice of Objection to Transfer of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit Regarding Appeal of: Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron* Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 19 Order Granting Motion For Default Judgment, 21 Objection to Referral to Bankruptcy Appellant Panel Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant Recontrust Company NA, Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund). (Windler, Katherine) (Entered: 07/13/2009) |
| 07/13/2009 | 25 | Proof of service *of Amended Notice of Appeal of Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron; and Amended Notie of Objection to Transfer of Appeal t o the Bankruptcy Appellate Panel of the Ninth Circuit Regarding Appeal of: Default Judgment Quieting Title to 29711 Harvester Road, Malibu, California in Alan Jay Baron* Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 23 Amended notice of appeal). (Windler, Katherine) (Entered: 07/13/2009) |
| | | Notice *of Dismissal of Appeal by Defendants-Appellants: (1) ReconTrust Company, N.A.; and (2) Mortgage Electronic Registration Systems, Inc. [w/Proof of Service]* Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 23 Amended notice of appeal Filed by Defendants MORTGAGE ELECTRONIC |

| | | |
|---|---|---|
| 07/22/2009 | 26 | REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant Recontrust Company NA, Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund). (Windler, Katherine) (Entered: 07/22/2009) |
| 07/22/2009 | 27 | Proof of service *Amended Proof of Service of Notice of Appeal of Notice of Dismissal of Appeal by Appellant: (1) ReconTrust Company, N.A.; and (2) Mortgage Electronic Registration Systems, Inc.* Filed by Defendants MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Recontrust Company NA, U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 26 Notice). (Windler, Katherine) (Entered: 07/22/2009) |
| 07/23/2009 | 28 | Appellant Designation of Contents For Inclusion in Record On Appeal *Appellant's Designation of Record Items and Statement of Issues on Appeal [w/Proof of Service]* Filed by Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (RE: related document(s) 20 Notice of Appeal, 23 Amended notice of appeal). Appellee designation due by 08/3/2009. Transmission of Designation Due by 08/24/2009. (Windler, Katherine) (Entered: 07/23/2009) |
| 07/29/2009 | 29 | Transmittal Memorandum to USDC (RE: related document(s) 20 Notice of Appeal filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant Recontrust Company NA, Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund, 23 Amended notice of appeal filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant Recontrust Company NA, Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund, 28 Appellant Designation filed by Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund) (Gonzalez, Emma) (Entered: 07/29/2009) |
| 07/29/2009 | 30 | Notice of referral of appeal to U. S. District Court with certificate of mailing (RE: related document(s) 20 Notice of Appeal filed by Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., Defendant Recontrust Company NA, Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund) (Gonzalez, Emma) (Entered: 07/29/2009) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 08/06/2009 | 31 | Transmittal appeal transmittal form/amended to Bankruptcy Appellate Panel of The Ninth Circuit (Gonzalez, Emma) (Entered: 08/06/2009) |
| 08/06/2009 | 32 | Notice of Referral of Appeal/ Amended to show Bankruptcy Appellate Panel Filed by (RE: related document(s) 30 Notice of referral of appeal to U. S. District Court with certificate of mailing). (Gonzalez, Emma) (Entered: 08/07/2009) |
| 08/25/2009 | 33 | Transcript regarding Hearing Held 04/16/09 RE: Motion for Default Judgment. Remote electronic access to the transcript is restricted until 11/23/2009. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For transcriber contact information, call the applicable divisional office where the case was filed.]. Notice of Intent to Request Redaction Deadline Due By 9/1/2009. Redaction Request Due By 09/15/2009. Redacted Transcript Submission Due By 09/25/2009. Transcript access will be restricted through 11/23/2009. (Bauer, Tara) (Entered: 08/25/2009) |
| 09/15/2009 | 34 | Statement/Notice of transer of appeal BAP no. CC09-1257 to District Court Filed by . (Gonzalez, Emma) (Entered: 09/16/2009) |
| 09/21/2009 | 35 | Stipulation By U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund and *Stipulation to Augment Record [w/Proof of Service]* Filed by Defendant U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund (Attachments: # 1 Exhibit A - Proposed Order) (Windler, Katherine) (Entered: 09/21/2009) |
| 09/22/2009 | 36 | Order Granting Stipulation to augment record and ORDER thereon ~ShowTextBox({sequence})~ (Related Doc # 35 ) Signed on 9/22/2009 (Cetulio, Julie) (Entered: 09/22/2009) |
| 09/22/2009 | 37 | Findings of Fact and Conclusions of Law (RE: related document(s) 19 Order on Motion for Default Judgment) (Cetulio, Julie) (Entered: 09/22/2009) |