Court Home | Case Search | Calendar | Opinions | Orders/Judgments | Billing History | XML | TXT | Logout | Help

## General Docket
## U. S. Bankruptcy Appellate Panel for the Ninth Circuit

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 09-1257<br>U.S. Bank National Association, et al v. Alan Baron<br>**Appeal From:** California Central - Woodland Hills | **Docketed:** 08/10/2009<br>**Termed:** 09/09/2009 |

**Case Type Information:**
1) Bankruptcy
2) Chapter 13 Non-Business - Adv
3) null

CV09-6883 AHM

**Originating Court Information:**
**District:** 0973-1 : 08-16222-KT  **Adversary Proceeding:** 08-01590-KT
**Presiding Judge:** Kathleen H. Thompson, U.S. Bankruptcy Judge
**Date Filed:** 11/12/2008
**Date NOA Filed:** 07/13/2009   **Date Rec'd BAP:** 08/10/2009

**Prior Cases:**
None

**Current Cases:**
None

FILED
CLERK US DISTRICT COURT CENTRAL DIST. LOS ANGELES
2009 SEP 22 PM 2:33

**Panel Assignment:** Not available

In re: ALAN JAY BARON
    Debtor - -

-----------------------------

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>    Appellant | Katherine M. Windler, Attorney<br>Direct: (310) 576-2105<br>[COR LD NTC Retained]<br>BRYAN CAVE LLP<br>Ste. #300<br>120 Broadway<br>Santa Monica, CA 90401-2386 |
| RECON TRUST COMPANY, N.A.<br>    Appellant | Katherine M. Windler, Attorney<br>Direct: (310) 576-2105<br>[COR LD NTC Retained]<br>(see above) |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>    Appellant | Katherine M. Windler, Attorney<br>Direct: (310) 576-2105<br>[COR LD NTC Retained]<br>(see above) |

v.

| ALAN JAY BARON<br>Appellee | Lewis R. Landau, Attorney<br>Direct: 888-822-4340<br>[COR LD NTC Retained]<br>Lewis R. Landau, Attorney at Law<br>Suite 104<br>23564 Calabasas Road<br>Calabasas, CA 91302 |
|---|---|

In re: ALAN JAY BARON,

    Debtor

----------------------------

U.S. BANK NATIONAL ASSOCIATION; RECON TRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,

    Appellants

v.

ALAN JAY BARON,

    Appellee

| | | |
|---|---|---|
| 08/10/2009 | 21 pg, 9.72 MB | Received notice of appeal filed in Bankruptcy Court on 07/13/2009, notice of referral, transmittal form. (PI) |
| 08/10/2009 | 8 pg, 3.68 MB | Received copy of amended notice of appeal from Bk. Ct. filed 07/13/2009. (PI) |
| 08/10/2009 | 3 pg, 1.28 MB | Filed Attorney Katherine M. Windler for Appellants Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association and Recon Trust Company, N.A. 1 copy of an Objection to BAP jurisdiction; served on 07/13/2009. Objection is timely filed. (PI) |
| 08/10/2009 | 3 pg, 1.25 MB | Received from Attorney Katherine M. Windler for Appellants Mortgage Electronic Registration Systems, Inc., U.S. Bank National Association and Recon Trust Company, N.A. 1 copy of amended document(s) re: objection to BAP (PI) |
| 09/09/2009 | 1 pg, 33.37 KB | Notice sent 09/09/2009 to District Court transferring appeal per objection. (PI) |
| 09/09/2009 | | CLOSED: Case closed: Election without judicial action; 09/09/2009 CC-09-1257 Transferred by election. (PI) |

[ Clear All ]

◉ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include page numbers**

**Selected Pages:** 0          **Selected Size:** 0 KB

[ View Selected ]

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/22/2009 14:26:58 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report (full) | Search Criteria: | 09-1257 |
| Billable Pages: | 1 | Cost: | 0.08 |