RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY APP PANEL
OF THE NINTH CIRCUIT

AUG 10 2009

FILED _____
DOCKETED _____
                  DATE      INITIAL

1 | **BRYAN CAVE LLP**
Katherine M. Windler, California Bar No. 158899
2 | 120 Broadway, Suite 300
Santa Monica, California  90401-2386
3 | Telephone:    (310) 576-2105
Facsimile:    (310) 260-4105
4 |

5 | Attorneys for U.S. Bank National Association, as Trustee,
for the Benefit of Harborview 2005-16 Trust Fund;
6 | ReconTrust Company, N.A.; Mortgage Electronic
Registration Systems, Inc.,
7 |

2009 SEP 22 AM 11:30
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

FILED

8 |   **UNITED STATES BANKRUPTCY COURT**

9 |   **CENTRAL DISTRICT OF CALIFORNIA**

10 |   **SAN FERNANDO VALLEY DIVISION**

11 |

12 | In re

13 | Alan Jay Baron,

14 |              Debtor.

15 | _____

16 | Alan Jay Baron,

              Plaintiff,
17 |
      vs.
18 |
19 | U.S. Bank National Association, as Trustee,
for the Benefit of Harborview 2005-16 Trust
20 | Fund; ReconTrust Company, N.A.; Mortgage
Electronic Registration Systems, Inc.,

21 |              Defendants.

22 |

Case No.: 1:08-16222 KT

Chapter 13

**CV09-6883 AHM**

Adversary No.: 1:08-01590 KT

**NOTICE OF OBJECTION TO TRANSFER OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT REGARDING APPEAL OF:**

**DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON**

23 |    **NOTICE IS HEREBY GIVEN,** that Appellants U.S. Bank National Association, as

24 | Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.;

25 | Mortgage Electronic Registration Systems, Inc., (collectively referred to as "U.S. Bank") hereby

26 | object to their appeal of the Bankruptcy Court's Default Judgment Quieting Title To 29711

27 | Harvester Road, Malibu, California In Alan Jay Baron entered by the Bankruptcy Court in the

28 | above-captioned bankruptcy case on July 2, 2009 (the "Default Judgment") [Docket No. 19]

*(left margin)* BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

SM01DOCS\740879.1                    1                    _____
                                                NOTICE OF OBJECTION

1  [incorrectly designated on the docket at "Order Granting Motion For Default Judgment"], being

2  transferred to the Bankruptcy Appellate Panel of the Ninth Circuit pursuant to 28 U.S.C. § 158.

3  Notice of the appeal has been filed herewith.

4   U.S. Bank hereby elects to have this appeal heard by the United States District Court for

5  the Southern District of California, pursuant to 28 U.S.C. § 158(c)(1) and Federal Rule of

6  Bankruptcy Procedure 8001, and requests that the appeal not be transferred to the Bankruptcy

7  Appellate Panel.

8   The names of the parties to this appeal, and the names, addresses and telephone numbers of

9  the parties or their respective attorneys are as follows:

10

11  <u>Appellants:</u>

12  U.S. BANK NATIONAL ASSOCIATION     Katherine M. Windler
                        BRYAN CAVE LLP

13                          120 Broadway, Suite 300
                        Santa Monica, California 90401-2386

14                          Telephone: (310) 576-2105
                        Facsimile: (310) 260-4105

15

16  RECONTRUST COMPANY, N.A.      Katherine M. Windler
                        BRYAN CAVE LLP

17                          120 Broadway, Suite 300
                        Santa Monica, California 90401-2386

18                          Telephone: (310) 576-2105
                        Facsimile: (310) 260-4105

19

20

21  MORTGAGE ELECTRONIC REGISTRATION   Katherine M. Windler
  SYSTEMS, INC.               BRYAN CAVE LLP

22                          120 Broadway, Suite 300
                        Santa Monica, California 90401-2386

23                          Telephone: (310) 576-2105
                        Facsimile: (310) 260-4105

24

25  <u>Appellee:</u>
  ALAN JAY BROWN            Lewis R. Landau

26                          23564 Calabasas Road, Suite 104
                        Calabasas, California 91302

27                          Voice and Fax: (888) 822-4340

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

NOTICE OF OBJECTION

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Parties in Interest:

Margaux Ross
THE UNITED STATES TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
Telephone: (818) 716-8800
Facsimile: (818) 716-1576

Parties in Interest:

COUNTRYWIDE HOME LOANS, INC.
Attn: Sanford Shatz, Esq.
4500 Park Granada
Mail Stop: CA7-910-01-03
Calabasas, CA 91302
Telephone: (818) 225-3206
Facsimile: (818) 225-4024

Parties in Interest:

Elizabeth (SV) Rojas, CH 13 TRUSTEE
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: Unknown

Dated: July 13, 2009

BRYAN CAVE LLP
Katherine M. Windler

*Katherine M. Windler*

By:   Katherine M. Windler
Attorneys for U.S. Bank National
Association, as Trustee, for the Benefit of
Harborview 2005-16 Trust Fund;
ReconTrust Company, N.A.; Mortgage
Electronic Registration Systems, Inc.,

SM01DOCS\740879.1

3

NOTICE OF OBJECTION