# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED AUG 0 6 2009

| In re:<br>Alan Jay Baron<br><br>Debtor(s). | CASE NO: 08-16222KT<br><br>ADVERSARY NO: 08-01590KT |
|---|---|
| Alan Jay Baron<br><br>Plaintiff(s),<br>vs.<br>U.S. Bank National Assoc., as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A; Mortgage Electronic Registration Systems, Inc.<br><br>Defendant(s). | NOTICE OF REFERRAL OF APPEAL<br><br>Notice of Appeal Filed: 7/2/09<br>Notice of Cross-Appeal Filed:<br>Bankruptcy Filed: 11/12/08<br><br>**CV09-6883 AHM** |

TO: ALL PARTIES IN INTEREST, AND
[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, OR
[x] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

- [ ] Motion for Leave to Appeal
- [ ] Answer in Opposition to Motion for Leave to Appeal
- [X] Notice of _x_ Appeal ____Cross-Appeal
      Appellant's Statement of Election to Transfer Appeal to District Court
- [X] Other

FILED 2009 SEP 22 AM 11:29 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

DATED: AUG 0 6 2009

JON D. CERETTO
Clerk of Court

By: EMMA GONZALEZ
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

- [ ] **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
- [ ] **ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: AUG 0 6 2009

JON D. CERETTO
Clerk of Court
EMMA GONZALEZ

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

**X**    NOTICE OF REFERRAL OF APPEAL

[ ]    CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO: 08-16222KT          ADVERSARY NO: 08-01590KT

[x] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
Office of the Clerk
United States Court of Appeals Building
125 South Grand Avenue
Pasadena, CA 91105-1510

[ ] U. S. DISTRICT COURT
Central Dist. of California, Western Division
U. S. Courthouse, Room G-8
312 North Spring Street
Los Angeles, CA 90012-4701

[ ] U. S. DISTRICT COURT
Central Dist. of California, Southern Division
U. S. Courthouse, Room 101
751 West Santa Ana Blvd.
Santa Ana, CA 92701-4025

[x] Margaux Ross
OFFICE OF THE U. S. TRUSTEE
21051 Warner Center Lane, Suite 115
Woodland Hills, Ca 91367

[ ] Arthur Marquis
OFFICE OF THE U. S. TRUSTEE
600 W. Santa Ana Blvd., Suite 501
Santa Ana, CA 92701-4025

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

**Appellants**
U.S. Bank National Association
Bryan Cave LLP
Katherine M. Windler
120 Broadway, Suite 300
Santa Monica, Ca 90401-2386

Mortgage Electronic Registration Systems,
Katherine M. Windler
120 Broadway, Suite 300
Santa Monica, Ca 90401-2386

Recontrust Company N.A.
Bryan Cave LLP
Katherine M. Windler
120 Broadway, Suite 300
Santa Monica, Ca 90401-2386

Countrywide Home Loans, Inc.
Attn: Sanford Shatz, Esq.
4500 Park Granada
Mail Stop Ca
Calabasas Ca 91302

**Appellee**
Alan Jay Brown
Lewis R. Landau
23564 Calabasas Road Suite 104
Calabasas Ca, 91302

Elizabeth Rojas
Noble Professional Center
15060 Ventura Blvd, Suite 240
Sherman Oaks, Ca 91403