# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### APPEAL TRANSMITTAL FORM

TO: CLERK

[ ] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

[ ] U. S. DISTRICT COURT - LOS ANGELES, CA

FILED AUG 0 6 2009

| | |
|---|---|
| Case Name: Alan Jay Baron  BAP# CC-09-1257 | RECEIVED Harold S. Marenus, Clerk U.S. BKCY.APP.PANEL OF THE NINTH CIRCUIT |
| Case No: 08-16222KT | |
| Adversary No: 08-01590KT | AUG 10 2009 |
| Bankruptcy Filed: 11/12/08 | FILED |
| Bankruptcy Judge: Kathleen Thompson | DOCKETED  DATE  INITIAL |
| Entry Date of Appealed Order: 7/2/09 | |
| Notice of Cross-Appeal Filed: | |
| Notice of Appeal Mailed to Parties in Interest: | |

TRANSMITTED HEREWITH ARE THE FOLLOWING DOCUMENTS:

[ ] Appeal Deficiency Notice to Appellant
[x] Notice of Appeal
[ ] Motion for Leave to Appeal
[ ] Answer in Opposition to Motion for Leave to Appeal
[ ] Motion(s) filed under BR 8002(b)
[ ] Notice of Cross Appeal
[ ] Notice of Referral
[ ] Copy of Court Docket: [ ] Bk. Case  [ ] Adversary  [ ] Full  [ ] Partial
[x] Other: Objection to transfer of appeal to the Bankruptcy Appellate Panel of the Ninth

**COMMENTS:**

DATED: AUG 0 6 2009

JON D. CERETTO
Clerk of Court

By: EMMA GONZALEZ, Deputy Clerk

---

*PLEASE ACKNOWLEDGE RECEIPT OF THE ABOVE-REFERENCED DOCUMENTS*

Date Received: SEP 2 2 2009   By: **NATALIE LONGORIA**

ASSIGNED BAP/DC NO: **CV09-6883** AHM

---

Transmtne.wpd  Appeal Transmittal Form