# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

In Re: ALAN JAY BARON

Bk. Ct. No.: 08-16222-KT

BAP No.: CC-09-1257

ADV. NO.: 08-01590-KT

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to U.S. District Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Patti Ippolito, Deputy Clerk
Date: September 9, 2009

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
District Court Deputy

Assigned District Court No.

**CV09-6883 AHM**

cc: Bankruptcy Court
    All Parties