FILED

2009 SEP 22 AM 11:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ NL _____

BRYAN CAVE LLP
Katherine M. Windler, California Bar No. 158899
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2105
Facsimile: (310) 260-4105

Attorneys for U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In re

Alan Jay Baron,

    Debtor.

---

Alan Jay Baron,

    Plaintiff,

vs.

U.S. Bank National Association, as Trustee, for the Benefit of Harborview 2005-16 Trust Fund; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.,

    Defendants.

Case No.: 1:08-16222 KT

Chapter 13

CV09-6883 AHM

Adversary No.: 1:08-01590 KT

AMENDED PROOF OF SERVICE OF AMENDED NOTICE OF APPEAL OF DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON; and AMENDED NOTICE OF OBJECTION TO TRANSFER OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT REGARDING APPEAL OF: DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON

SM01DOCS\740952.2      1      AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2305.

On July 13, 2009, I served the foregoing document(s), described as **AMENDED NOTICE OF APPEAL OF DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON; AMENDED NOTICE OF OBJECTION TO TRANSFER OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT REGARDING APPEAL OF: DEFAULT JUDGMENT QUIETING TITLE TO 29711 HARVESTER ROAD, MALIBU, CALIFORNIA IN ALAN JAY BARON; and AMENDED PROOF OF SERVICE**, on the interested party(s) in this action, as follows:

Tami S Crosby on behalf of Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
tcrosby@mileslegal.com

Lewis R Landau on behalf of Interested Party Courtesy NEF
lew@landaunet.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☒ (VIA ELECTRONIC SERVICE – CRC 2060(c)) The document was served via electronic transfer upon the parties listed using their e-mail addresses as shown above. Each transmission was reported as complete and without error.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 13, 2009, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Pamela Davis*
Pamela Davis

SM01DOCS\740952.2                    2                    AMENDED PROOF OF SERVICE